No. 335. Dan B. Zimmerman v. Corson County, South Dakota, et al. Error to the Supreme Court of the State of South Dakota. Submitted April 25, 1919. Decided May 5, 1919. *Per curiam.* Dismissed for want of jurisdiction upon the authority of: (1) § 237 of the Judicial Code, as amended by the Act of September 6, 1916, c. 448, 39 Stat. 726. (2) *Consolidated Turnpike Co.*

*v. Norfolk, &c. Ry. Co.,* 228 U. S. 326, 334; *St. Louis & San Francisco R. R. Co.* v. *Shepherd,* 240 U. S. 240, 241; *Bilby* v. *Stewart,* 246 U. S. 255, 257. *Mr. William G. Porter* for plaintiff in error. *Mr. Clarence C. Caldwell* for defendants in error.